# Exhibit 1

**Catalana, Bernadette**

| | |
|---|---|
| **From:** | Jace H. Goins |
| **Sent:** | Wednesday, October 1, 2025 1:57 PM |
| **To:** | Catalana, Bernadette |
| **Subject:** | 8210 Mask |
| **Attachments:** | NIOSH 8210 application.pdf; Draft 8210 PI Complaint.pdf |

Bernadette, as we discussed, attached are:
- Draft Complaint for preliminary injunction;
- NIOSH 8210 application from 1995 stating that the 8210 is not "fit-checkable".

Also, look at *State ex rel. McGraw v. Imperial Marketing*, 472 S.E.2d 792 (W.Va. 1996) which discusses the "minimal evidentiary showing [by the AG] of good reason to believe that essential elements of violation" of consumer protection statutes sufficient to enjoin sale of the 8210. This is a significantly lower burden than the "customary standard" for a court to issue a preliminary injunction (see footnote 8 of the case).

As we also discussed, my team is confident that we can make the "minimal evidentiary showing" necessary for a PI in WV that would apply universally to the 8210, as opposed to just in the coal mining arena.

I look forward to hearing from you. Safe travels!



**Jace H. Goins**
*Chief Deputy Attorney General*
Office of the WV Attorney General
1900 Kanawha Blvd., East
State Capitol, Building 1, Room
Charleston, WV  25305
Direct: