# Exhibit 4

# Case Docket Entries

CC-20-2025-C-1514

| | | | |
|---|---|---|---|
| Court: | **Circuit** | County: **20 - Kanawha** | Created Date: **12/22/2025** | Security Level: **Public** |
| Judge: | **Kenneth Ballard** | Case Type: **Civil** | Case Sub-Type: **Other** | Status: **Open** |

Related Cases:

Style: **John B. McCuskey, Attorney General v. 3M COMPANY**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 12/22/2025 10:41:31 AM | E-Filed | | Complaint |
| | 1-1 12/22/2025 | Civil Case Information Statement | | |
| | 1-2 12/22/2025 | Supporting Document - Civil Case Information Sheet | | |
| | 1-3 12/22/2025 | Complaint - Complaint | | |
| | 1-4 12/22/2025 | Supporting Document - Exhibit A | | |
| | 1-5 12/22/2025 | Supporting Document - Exhibit B | | |
| | 1-6 12/22/2025 | Supporting Document - Exhibit C | | |
| | 1-7 12/22/2025 | Supporting Document - Exhibit D | | |
| | 1-8 12/22/2025 | Supporting Document - Exhibit E | | |
| | 1-9 12/22/2025 | Supporting Document - Exhibit F | | |
| | 1-10 12/22/2025 | Supporting Document - Exhibit G | | |
| | 1-11 12/22/2025 | Supporting Document - Exhibit H | | |
| | 1-12 12/22/2025 | Supporting Document - Exhibit I | | |
| | 1-13 12/22/2025 | Supporting Document - Exhibit J | | |
| | 1-14 12/22/2025 | Supporting Document - Exhibit K | | |
| | 1-15 12/22/2025 | Supporting Document - Exhibit L | | |
| | 1-16 12/22/2025 | Supporting Document - Exhibit M | | |
| | 1-17 12/22/2025 | Supporting Document - Summons | | |
| | 1-18 12/22/2025 | Transmittal | | |
| | 1-19 12/22/2025 | Summons | | |
| 2 | 12/22/2025 10:41:31 AM | Judge Assigned | J-20010 | Kenneth Ballard |
| 3 | 12/22/2025 10:41:31 AM | Party Added | P-001 | John B. McCuskey, Attorney General |
| 4 | 12/22/2025 10:41:31 AM | Party Added | D-001 | 3M COMPANY |
| 5 | 12/22/2025 10:41:31 AM | Attorney Listed | P-001 | A-9616 - Robert M. Bastress, III |
| 6 | 12/22/2025 10:41:31 AM | Service Requested | D-001 | Filer - Secretary of State |
| 7 | 12/22/2025 10:54:51 AM | E-Filed | | Motion - The State's Motion to Seal |
| | 7-1 12/22/2025 | Motion - The State's Motion to Seal | | |
| | 7-2 12/22/2025 | Supporting Document - Proposed Order | | |
| | 7-3 12/22/2025 | Transmittal | | |

A TRUE COPY
TESTE: _____ CLERK
CIRCUIT COURT KANAWHA COUNTY, W.VA.