# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

STATE OF WEST VIRGINIA, *ex rel.* JOHN B.
McCUSKEY, Attorney General,

        Plaintiff,

    v.

3M COMPANY F/K/A
MINNESOTA MINING AND MANUFACTURING
CO.,

        Defendant.

Civil Action No. 2:25-cv-00750
Judge Irene C. Berger

## DEFENDANT 3M'S MOTION TO DISMISS
## PLAINTIFF STATE OF WEST VIRGINIA'S COMPLAINT

Defendant 3M Company (3M) respectfully moves to dismiss with prejudice the complaint

filed by Plaintiff State of West Virginia, *ex rel.* John B. McCuskey, Attorney General, Dkt 1-3. In

support of this Motion, 3M submits an accompanying Memorandum of Law in Support of 3M's

Motion to Dismiss the State's Complaint.

The State alleges that 3M misrepresented the efficacy of its 8210 respirator under the West

Virginia Consumer Credit and Protection Act. As the accompanying memorandum in support of

3M's motion to dismiss explains, however, dismissal is required because the alleged misrepresen-

tations are not misleading as a matter of law, the State's claim is preempted by the federal regula-

tory regime, and the claim is untimely. The accompanying memorandum discusses each of these

reasons for dismissal in more detail.

**STATEMENT REGARDING ORAL ARGUMENT**

Pursuant to L.R. Civ. P. 78.1, 3M respectfully requests oral argument if the Court has any questions about the issues presented by its Motion.

Dated: February 5, 2026                      Respectfully submitted,

*/s/ Bryant J. Spann*
Bryant J. Spann, Esq. (WV Bar No. 8628)
Robert H. Akers, Esq. (WV Bar No. 9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone:  (304) 414-1800
BSpann@tcspllc.com
RAkers@tcspllc.com

*/s/ Lauren Goldman*
Lauren Goldman, *pro hac vice*
Justine Goeke, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-4000
LGoldman@gibsondunn.com
JGoeke@gibsondunn.com

Steven R. Ruby, Esq. (WV Bar No. 10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:  (304) 345-1234
SRuby@cdkrlaw.com

*Counsel for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

I, Bryant J. Spann, hereby certify that on February 5, 2026, a copy of the foregoing was served on counsel for Plaintiff by electronic filing through the CM/ECF system.

Jace H. Goins, Esq., Chief Deputy Att'y
Gen., (WV Bar # 6894)
Vaughn T. Sizemore, Esq., Deputy Att'y
Gen., (WV Bar # 8231)
OFFICE OF THE ATTORNEY GEN-
ERAL
Building 1, Room 26-E
Capitol Complex
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140

J. Timothy DiPiero (W.Va. Bar # 9616)
Lonnie C. Simmons (W.Va. Bar # 3406)
Robert M. Bastress III (W.Va. Bar
# 9616)
DiPIERO SIMMONS
McGINLEY BASTRESS, PLLC
P.O. Box 1631
Charleston, WV 25326
Telephone: (304) 342-0133
Facsimile: (304) 342-4605
Rob.bastress@dbdlawfirm.com

*Counsel for The State*

Dated: February 5, 2026

*/s/ Bryant J. Spann*
Bryant J. Spann, Esq. (WV Bar No. 8628)

*Counsel for Defendant 3M Company*