**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

STATE OF WEST VIRGINIA, *ex rel*. JOHN B.
McCUSKEY, Attorney General,

             Plaintiff,

   v.

3M COMPANY F/K/A
MINNESOTA MINING AND MANUFACTURING
CO.,

             Defendant.

Civil Action No. 2:25-cv-00750
Judge Irene C. Berger

## ORDER

Upon consideration of the Motion to Dismiss filed by Defendant 3M, the record herein,

and finding good cause to do so, it is this _____ day of _____, 2026:

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. The complaint against

Defendant is dismissed in its entirety with prejudice.

Dated: _____

                                        _____
                                        Hon. Irene C. Berger
                                        United States District Judge