# Exhibit 2

# Rated Order Issued Pursuant to 50 U.S.C. § 4511(a), Executive Order 13911, and 45 C.F.R. part 101

I.  In Executive Order 13909, the President determined, under the authority provided under 50 U.S.C. § 4511, that personal protective equipment needed to respond to the Novel Coronavirus Disease (COVID-19) Outbreak are scarce and critical materials essential to the national defense and that the requirements of the national defense for such material cannot otherwise be met without creating a significant dislocation of the normal distribution of such materials in the civilian market.

On January 31, 2020, the Secretary of Health and Human Services (HHS) declared the COVID-19 Outbreak a public health emergency under the Public Health Service Act. On March 11, 2020, the World Health Organization declared COVID-19 a pandemic. On March 13, 2020, the President issued a Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak. On March 27, 2020, the President issued Executive Order 13911, which delegated jointly to the Secretary of HHS and the Secretary of Homeland Security (DHS) the President's authority under section 101 of the Defense Production Act of 1950, 50 U.S.C. § 4501 et seq., and authorized the HHS and DHS secretaries to take other actions under the DPA to respond to the spread of COVID-19 within the United States. The Secretary of Homeland Security delegated authority under Executive Order 13911 to the FEMA Administrator in DHS Delegation 09052, Revision Number 00.1, "Delegation of Defense Production Act Authority to the Administrator of the Federal Emergency Management Agency." On April 2, 2020, the President signed "Memorandum on Order Under the Defense Production Act Regarding 3M Company" directing the Secretary of the Department of Homeland Security through the Administrator of FEMA to utilize any and all authority available under the DPA to acquire from any appropriate subsidiary or affiliate of 3M Company (3M) the number N-95 filtering facepiece respirators (N-95 masks) that the Administrator determines to be appropriate.

II. Pursuant to this authority, the Administrator of FEMA has determined that securing an additional 60 million N-95 masks per month during the months of April, May and June 2020 from 3M is necessary to promote the national defense.

For the avoidance of doubt, nothing in this order is intended to override, supersede, or duplicate orders for N95 masks produced by 3M Company intended for sale or delivery in the United States, including orders placed by HHS, other U.S. Government agencies, States, or health care or critical infrastructure distributors in the United States.

III.    This is a rated order issued by the Federal Emergency Management Agency (FEMA) for national defense under the Defense Production Act (DPA), 50 U.S.C. § 4501 et seq. <u>You are required to comply with the following order issued pursuant to the DPA</u>.

| | |
|---|---|
| **<u>Order:</u>** | |
| **Recipient** | 3M |
| **Item** | N-95 Filtering Facepiece Respirators |
| **Quantity** | 180 million |
| **Schedule** | 30 million delivered by April 15, 2020 |
| | 30 million delivered by April 30, 2020 |
| | 30 million delivered by May 15, 2020 |
| | 30 million delivered by May 31, 2020 |
| | 30 million delivered by June 15, 2020 |
| | 30 million delivered by June 30, 2020 |

This rated order is placed for the purpose of emergency preparedness. <u>Acceptance is mandatory</u>. This rated order applies to N-95 masks contained in the 3M domestic supply that are intended for distribution outside of the United States and to the 3M overseas supply of N-95 masks, but does not apply to the 3M supply of N-95 masks intended for sale or delivery to health care or critical infrastructure distributors within the United States. To the extent that there are N-95 masks within the 3M supply that are not intended for other U.S. Government agencies, States, healthcare or critical infrastructure distributors in the United States, this rated order shall take priority.

If you are unable to comply fully with the terms outlined above, you must immediately notify the FEMA Office of the Chief Procurement Officer at Bobby.McCane@fema.dhs.gov. You must explain the extent to which compliance is possible and provide reasons why full compliance is not possible. Failure to comply fully with this order is a crime punishable by a fine of not more than $10,000 or imprisonment for not more than one year, or both.

Pete T. Gaynor
Administrator
Federal Emergency Management Agency[1]

Date: April 3, 2020

---

[1] The signature or use of the name certifies that the order is authorized under this part and that the requirements of this part are being followed.